8:18CB8





**Jane MacCracken**
Chief, CSO - Programs Division

**CENTRAL VIOLATIONS BUREAU**
P.O. Box 780549
San Antonio, TX 78278

**Ted C. Willmann**
Branch Chief

(800) 827-2982
FAX: (210) 301-6401

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext 6421

**District:** NEBRASKA

**Location Code:** NE14    **Citation Number(s):** 4557526

| | | |
|---|---|---|
| OMAH | **Hearing Site** | The location where the citation is scheduled. |
| _____ | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| _____ | **Protest** | The defendant is requesting a court date to protest the citation. |
| _____ | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| ✓ | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

| | | |
|---|---|---|
| _____ | Refund Approved | |
| X | Void/Dismissal Approved | Janie Benavides, Case Processor — August 21, 2018 |
| _____ | Accept and Close Citation | |

Further action to be taken by CVB or Agency, please specify: _____

Ordered this 29 Day of August 20 18    Susan M Bazis
U.S. Magistrate Judge    Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

AUG 2 1 REC'D

# Department of Veterans Affairs

# Memorandum

Date: August 16, 2018

From: Cpl. Z. Chentland, Police Services (07)

Subj: Request to Void United States District Court Violation Notice(s)

To: Chief, Police Service (07)

This is a request that the following listed U.S. District Court Violation Notice(s) be voided because of one of the below cited reasons:

NEH

| U. S. District Court Violation Notice Number(s) |  |
|---|---|
| **4557526** | |
| **REASON FOR REQUEST** | |
|  | Motor Vehicle Department File Not Updated |
|  | Officer Error |
|  | Car Pool Permit Issued / Not Visible |
|  | Invalid License Plate |
|  | Handicap Permit Issued / Not Visible |
| X | Other (Explain Below) |

The Property in question had been returned via the USPS prior to the issuance of the ticket.

Concur: _____
Acting Chief, Police Service (07)

In order to serve you better, please report any changes in contact information including address updates and email addresses to:

cvb@cvb.uscourts.gov

ROMAN L. HRUSKA U.S. COURTHOUSE
ATTN: MARY BETH MCFARLAND
111 SOUTH 18TH PLAZA, STE 1152
OMAHA, NE 68102-1322



# Central Violations Bureau
Administrative Office of the United States Courts
Department of Program Services - Court Services Office
San Antonio, Texas

What's New?
Contact Information
What is the CVB?
Download Files
Court Information
Query CVB Database
Manage My Profile
Logout

Return to Search Results   New Citation Search   New Hearing Search   Printer Friendly Version

### Forms On Demand
(Select a form to produce)

| | | | | |
|---|---|---|---|---|
| Notice to Appear | Summons in a Criminal Case | Suspension Form | Warrant | Add On Docket |
| J & C Long Form | J & C Short Form | Credit Card Form | Fine Payment Slip | Payment Information Form |
| CVB Defendant Refund Request Form | Redacted Citation Image | Citation Image | | |

## CVB Citation Information

View Ticket   View Probable Cause   View Additional Probable Cause   View Defendant Correspondence   View Transaction History
View Citation Case Notes

### Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| Location Code | NE14 | Citation Number | 4557526 | ECF Case Number | |
| Issue Date | 08/16/2018 | Received Date | 08/21/2018 | Statute Charged | |
| Offense Code | O | Offense | UNKNOWN | | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | | | | | |
| Address | | | | | |
| Other | | SSN | | Birth Date | |
| Drivers License | | DL State | | License Plate | | LP State | |

### Hearing Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing Site | OMAH | Hearing Date | | Hearing Time | | Type | Mandatory |
| Disposition | | Disposition Date | | Fine Order Date | | NTA Date | |
| Magistrate Code | XXXX | District | | NE Officer | | Text | |

### Payment Information

| Category | Ordered | Paid | Due |
|---|---|---|---|
| Collateral | $0.00 | $0.00 | $0.00 |
| Total Liability | $0.00 | $0.00 | $0.00 |
| Assessment | | | |
| Restitution | | | |
| Fine | | | |
| Court Costs | | | |
| Interest | | | |
| Delinquent Charged | | | |
| Default Charged | | | |
| NSF | $0.00 | $0.00 | $0.00 |
| NSF Surcharge | $0.00 | $0.00 | $0.00 |

### Miscellaneous Information

| | | | |
|---|---|---|---|
| Pay Cycle Method | | Minimum Install Amount | |
| Payment Begin Date | | Interest Rate | |
| Final Payment Date | | Interest Start Date | |
| Number of Payments | 0 | Default Date | |
| Last Date Recalculated | | Default Letter | |

View Ticket   View Probable Cause   View Additional Probable Cause   View Defendant Correspondence   View Transaction History
View Citation Case Notes

Return to Search Results   New Citation Search   New Hearing Search   Printer Friendly Version

[ Cancel ]

Hours of Operation: Monday - Friday 8:00am to 6:00pm Central Time
Phone: (800) 827-2982 or (210) 301-6400  Fax: (210) 301-6401
Email: cvb@cvb.uscourts.gov



**RE: Violation 4557526**

Monte Tingle   to: Mary Beth McFarland, cvb_cvb.uscourts.gov     08/29/2018 08:39 AM
Cc: "NWI-Police-Command@va.gov"

History:   This message has been replied to.

The issuing agency did not provide CVB with a copy of the violation with the request to void. I have copied the agency in this email.

Sincerely,
Monte K. Tingle
Lead Clerk
Central Violations Bureau
Administrative Office of the US Courts
(210) 301-6426

From: Mary_Beth_McFarland@ned.uscourts.gov <Mary_Beth_McFarland@ned.uscourts.gov>
Sent: Wednesday, August 29, 2018 8:29 AM
To: cvb_cvb.uscourts.gov <cvb@cvb.uscourts.gov>
Subject: Violation 4557526

Judge Bazis received an agency request for void of citation in this matter.
No citation was attached.
Are you able to send a copy of the citation so the matter can be added to the August docket here?
Thank you.

Mary Beth McFarland
Courtroom Deputy
U.S. District Court - Nebraska
(402) 661-7344